# Court of Appeals
# of the State of Georgia

ATLANTA,  December 17, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0152. DAMIONIYAN SANCHEZ FRANKLIN v. THE STATE.**

After the grant of an out-of-time appeal, Damioniyan Sanchez Franklin filed this application for discretionary appeal under OCGA § 5-6-35 (a) seeking permission to challenge the decision of the Superior Court of Troup County to revoke his probation. This application was filed on November 23, 2015. We lack jurisdiction.

Out-of-time appeals are not authorized in probation revocation cases because out-of-time appeals are the remedy for the frustrated right of appeal in criminal cases. *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002). A probation revocation, however, is not a criminal case. *Foskey v. Sapp*, 237 Ga. 788; (229 SE2d 635) (1976).

Consequently, Franklin's application is untimely. As compliance with the requirements of OCGA § 5-6-35 is a jurisdictional requirement, an appellate court has no authority to accept an application without compliance with these statutory provisions. (Emphasis and citation omitted.) *Hogan v. Taylor County Bd. of Ed.*, 157 Ga. App. 680 (278 SE2d 106) (1981). Accordingly, Franklin's application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/17/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*